HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
JANET BATEMAN, CA SBN #241210
Assistant Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ABEL MARK GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ABEL MARK GONZALEZ, <br><br> Defendant. | Case No.  1:11-cr-00012 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE TO 2/2/2015; ORDER <br><br> Date:   February 2, 2015 <br> Time:   1:30 p.m. <br> Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Christopher D. Baker, counsel for the plaintiff, and Assistant Federal Defenders Janet Bateman and Erin Snider, counsel for defendant Abel Mark Gonzalez, that the status conference in this matter may be continued to February 2, 2015, or the soonest date thereafter that is convenient to the Court.  **The date currently set for the status conference is January 20, 2015.  The requested new date is February 2, 2015.**

On October 20, 2014, a Petition for Warrant or Summons for Offender Under Supervision was filed.  The Petition alleges that Mr. Gonzalez violated the terms of his supervised release by committing a new law violation and by failing to abstain from alcohol. The alleged new law violation relates to an October 18, 2014 arrest for public intoxication.  The public intoxication charge is still pending in state court and Mr. Gonzalez's next court date is not

until January 26, 2015.  In light of the status of the state charge, the parties respectfully request that the status conference be continued from January 20, 2015, to February 2, 2015.

                                                       Respectfully submitted,

                                                       BENJAMIN B. WAGNER
                                                       United States Attorney

Date:  January 13, 2015                    */s/ Christopher D . Baker*
                                                       CHRISTOPHER D. BAKER
                                                       Assistant United States Attorney
                                                       Attorneys for Plaintiff

                                                       HEATHER E. WILLIAMS
                                                     Federal Defender

Date: January 13, 2015                    */s/  Janet Bateman and Erin Snider*
                                                       JANET BATEMAN
                                                     Assistant Federal Defender
                                                     ERIN SNIDER
                                                     Assistant Federal Defender
                                                     Attorneys for Defendant
                                                     ABEL MARK GONZALEZ

## **O R D E R**

    For the reasons set forth above, the status conference set for January 20, 2015, will be continued to February 2, 2015.

IT IS SO ORDERED.

   Dated:   **January 14, 2015**                           **/s/ Sheila K. Oberto**
                                                                      UNITED STATES MAGISTRATE JUDGE